DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulane Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRYAN BINNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-0110 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO ADVANCE SENTENCING HEARING |
| v. | ) ) | DATE: May 17, 2010 |
| BRYAN BINNEY, | ) ) | TIME: 9:00 A.M. |
| Defendant. | ) ) ) | JUDGE: Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for June 7, 2010, **may be advanced to May 17, 2010 at 9:00 A.M.**

This advancement of the court date is at the request of the defense as Mr. Binney wishes to be sentenced as soon as possible. Both counsel for the defense and the government plan to submit on the pre-sentence report and the plea agreement, without argument. Both counsel have received and reviewed the initial draft of the pre-sentence report and do not plan to file any objections. Robyn Marootian from the United States Probation Office has been advised of this request and is in agreement with the advancement of the court date.

///

///

///

|   |   |   |   |
|---|---|---|---|
|   |   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: May 5, 2010 |   | By: | /s/ Kimberly A. Sanchez<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: May 5, 2010 |   | By: | /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>BRYAN BINNEY |

**O R D E R**

IT IS SO ORDERED.

**Dated:   May 5, 2010**            /s/ Anthony W. Ishii
                         CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Advance Sentencing Hearing                2